# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOHN DENOFA, | : | |
| | : | |
| Petitioner, | : | Civ. No. 13-7830 (RBK) |
| | : | |
| v. | : | **MEMORANDUM AND ORDER** |
| | : | |
| STEPHEN D'ILIO, et al., | : | |
| | : | |
| Respondents. | : | |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Presently pending before the Court is petitioner's motion for an extension of time to file a traverse. Good cause appearing, the motion will be granted.

Accordingly, IT IS this  18th  day of  February,  2015,

ORDERED that petitioner's motion for an extension of time to file a traverse (Dkt. No. 14.) is granted; and it is further

ORDERED that petitioner shall file his traverse on or before March 30, 2015.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge
